# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Andrivia Frances Wells,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:23-cv-00573-RJC |
| | ) | 3:19-cr-00180-RJC-DSC |
| vs. | ) | |
| | ) | |
| **FNU Ray,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 12, 2023 Order.

October 12, 2023

Katherine Hord Simon, Clerk
United States District Court